UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 2 8 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10643 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00514-DAE |
| v. | District of Hawaii, Honolulu |
| EDWARD RAMOS, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 02 2006
DISTRICT OF HAWAII

The oral argument in this case scheduled for Tuesday, November 14, 2006, is VACATED. Submission of this case is DEFERRED pending the issuance of the mandate in *United States v. Carty*, 453 F.3d 1214 (9th Cir. 2006), and *United States v. Zavala*, 443 F.3d 1165, 1169 (9th Cir. 2006), scheduled for rehearing en banc on October 6, 2006.

FOR THE COURT
CATHY A. CATTERSON
CLERK OF THE COURT

By: [signature]
Howard Hom
Deputy Clerk