UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 29 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10643 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00514-DAE |
| v. | District of Hawaii, Honolulu |
| EDWARD RAMOS, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S DISTRICT COURT
OCT 0 4 2006
DISTRICT OF HAWAII

The unopposed motion by the United States to continue oral argument in this matter from the originally scheduled date of Tuesday, November 14, 2006 to Thursday, November 16, 2006 is DENIED as moot.

FOR THE COURT:
CATHY A. CATTERSON
CLERK OF COURT

By: _____
Howard Hom
Deputy Clerk