**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 21 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>EDWARD RAMOS,<br><br>　　　　Defendant - Appellant. | No. 05-10643<br><br>D.C. No. CR-03-00514-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 16 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

Before: TROTT, WARDLAW, and W. FLETCHER, Circuit Judges.

This case is hereby resubmitted without oral argument as of April 17, 2008.