UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>EDWARD RAMOS,<br><br>Defendant - Appellant. | No. 05-10643<br>D.C. No. CR-03-00514-JMS<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

*FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII*
*MAY 16 2008*
*at __ o'clock and __ min __ M.*
*SUE BEITIA, CLERK*

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAY 16 2008
DISTRICT OF HAWAII

The judgment of this Court, entered 04/21/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/s/
By: Theresa Benitez
Deputy Clerk



***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 05/14/2008 at 11:32:13 AM PDT and filed on 05/14/2008

**Case Name:** USA v. Ramos
**Case Number:** 05-10643
**Document(s):** Document(s)

**Docket Text:**
MANDATE ISSUED.(SST, KMW and WAF)

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter
**Original Filename:** /opt/ACECF/live/forms/theresab_0510643_6530818_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=05/14/2008] [FileNumber=6530818-0]
[7b3ef428a3c71991f9c44979007b9deb891ebd5ab5d6189b22028cc7cecc475f8ebb774d00df0cd1740194

**Recipients:**

- Edelman, Joel, Attorney
- Sameshima, Beverly Wee, Assistant U.S. Attorney
- USDC, Honolulu

**Notice will be electronically mailed to:**

Sameshima, Beverly Wee, Assistant U.S. Attorney

**Notice will be mailed to:**

Edelman, Joel, Attorney
#204
1135 Makawao Ave.
Makawao, Maui, HI 96768-0000

USDC, Honolulu
District of Hawaii (Honolulu)
United States Courthouse
Room C338
300 Ala Moana Blvd.
Honolulu, HI 96850-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6530818
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5620727