# MINUTES

CASE NUMBER:      CR 03-00514DAE

CASE NAME:        USA v. Edward Ramos

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   David Alan Ezra            REPORTER:

DATE:    08/21/2008                 TIME:

COURT ACTION: EO: Re-Sentencing date of 7/24/2008 as to Defendant Edward Ramos has been vacated. Defendant was not present in District. AUSA Beverly Wee Sameshima to notify Court when defendant is present in District to re-schedule re-sentencing date.

Submitted by: Theresa Lam, Courtroom Manager